John O. Avery
ISB No. 3407
Avery Law
770 South Woodruff Avenue
Idaho Falls, ID  83401
Telephone: (208) 524-2015
Facsimile:  (208) 524-2051

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In Re: | ) | Case No. 20-40074-JMM |
|---|---|---|
|  | ) |  |
| Mike Terance Tracy and, | ) |  |
| Julia Scysillia Nelsioni | ) | CHAPTER 7 |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

DEBTOR'S MOTION TO SET ASIDE ORDER

FOR TURNOVER OF PROPERTY AND RECORDS

Comes now, John O. Avery, Avery Law, Attorney of Record for Debtors herein, and pursuant to FRCP 60 (b)(1) hereby moves the Court in the interests of justice to set aside its Order for Turnover of Property and Records dated 04/14/20 (dkt no. 29)

This Motion is to relieve an injustice to Debtors based upon mistake, inadvertence, surprise or excusable neglect.

This Motion is supported by Affidavit of Counsel to be filed forthwith, as well as Debtor's Proposed Response to Trustee's Motion for Turnover of Property and Records dated 03/16/20 (dkt no. 21)

Debtors request a Hearing hereon.

|  |  |
|---|---|
|    5/22/20 | /s/John O. Avery |
| Date | John O. Avery, |
| | Attorney for Debtors |

## CERTIFICATE OF SERVICE

I do hereby certify that on this 22nd day of May, 2020, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Gary L. Rainsdon    trustee@filertel.com

U S Trustee @ ustp.region18.bs.ecf@usdoj.gov

Aschild Atlas Acquisitions LLC  avi.schild@atlasacq.com

John O Avery   joa@averylaw.net

Lewis Nishioka Stoddard   lewis@hwmlawfirm.com

Paul Ross   paul@idbankruptcylaw.com

Daniel C. Green  dan @racinelaw.net

And, I hereby certify that I served a true and correct copy of the foregoing document upon the following person(s) by mailing with the necessary postage affixed thereto:

Mike Terance Tracy &
Julia Scysillia Nelsioni
1467 S. 2175 E.
Malta, ID 83342

                                             /s/ Tina Jensen
                                             Tina Jensen
                                             Case Administrator