GARY L. RAINSDON, TRUSTEE
P.O. BOX 506
TWIN FALLS, ID 83303
PHONE: (208) 734-1180
FAX: (208) 734-2783
trustee@filertel.com

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

In Re:                                    )    CHAPTER 7
                                          )
MIKE TERANCE TRACY and                    )
                                          )    CASE NO. 20-40074-JMM
JULIA SCYSILLIA NELSIONI,                 )
                                          )
            Debtors.                      )

**Motion for Turnover of Property and Records**

Notice of Motion for Turnover of Property and Records
and Opportunity to Object and for a Hearing

<u>No Objection.</u>  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

**COMES NOW**, Gary L. Rainsdon, the Trustee in the above-entitled matter and moves this Court pursuant to 11 USC §§ 542 and 521(a)(4), for an order directing the Debtors to surrender the following property and records, to-wit:

1. Documentation of all letters and communications, regarding the discontinuation of Mike Tracy acting as Julia Nelsioni's caregiver.

2. Updated address and phone number for Julia Nelsioni, in Katy, Texas.

3. Correct mailing address for both Debtors.

4. Address and phone number for Julia Nelsioni's daughter, Nicole Maden.

Motion for Turnover                                                                                          1

5. All documents relating to civil lawsuit, Care credit vs. Julia tracy.

The Trustee requested the above items at the continued Meeting of Creditors held May 4, 2020, and May 26, 2020. Trustee makes said motion upon the grounds and for the reasons that said property is property of the bankruptcy estate and the Debtors have not provided the requested items to Trustee.

Dated this: June 24, 2020

/s/
Gary L. Rainsdon, Trustee

# CERTIFICATE OF MAILING

I HEREBY CERTIFY that on June 24, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- ASchild Atlas Acquisitions LLC    bk@atlasacq.com
- John O Avery    ch@averylaw.net;twinfalls@averylaw.net;ryan@averylaw.net;averybklaw@gmail.com;boise@averylaw.net;pocatello@averylaw.net;lawar78055@notify.bestcase.com
- Paul Ross    paul@idbankruptcylaw.com
- Lewis Nishioka Stoddard    lewis@hwmlawfirm.com, judianne@ecf.courtdrive.com;meghan@hwmlawfirm.com
- US Trustee    ustp.region18.bs.ecf@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non- CM/ECF Registered Participants in the manner indicated:

Via First Class mail, postage prepaid addressed as follows:

Capital One Auto Finance, a division of Capital One, N.A.
c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

| PRA Receivables Management, LLC | Mike Terance Tracy |
| PO Box 41021 | Julia Scysillia Nelsioni |
| Norfolk, VA 23541 | 1467 S. 2175 E. |
|  | Malta, ID  83342 |

Additionally, a copy of the foregoing was served on the below identified parties, from the mailing matrix obtained by the court website, by first class mail, postage prepaid:

    None

Via certified mail, return receipt requested, addressed as follows:

    None

By: _____/s/_____
Gary L. Rainsdon,  Trustee

Motion for Turnover    3