# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

In Re:                                  )    Chapter 7
                                        )
Mike Terance Tracy and                  )
Julia Scysillia Nelsoni,                )
                                        )    Case No. 20-40074-JMM
                                        )
              Debtors.                  )

### Order for Turnover of Property and Records

Based on the foregoing Motion of Gary L. Rainsdon, Trustee, to turnover the following:

1. Documentation of all letters and communications, regarding the discontinuation of Mike Tracy acting as Julia Nelsioni's caregiver.

2. Updated address and phone number for Julia Nelsioni, in Katy, Texas.

3. Correct mailing address for both Debtors.

4. Address and phone number for Julia Nelsioni's daughter, Nicole Maden.

5. All documents relating to civil lawsuit, Care credit vs. Julia Tracy.

**IT IS HEREBY ORDERED** that Mike Terance Tracy and Julia Scysillia Nelsioni shall forthwith turnover to the Trustee all the documentation and property described above.



DATED:  July 29, 2020

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by: Gary L. Rainsdon, Chapter 7 Trustee