John O. Avery, ISB No. 3407
Avery Law
808 Eastland Drive
Twin Falls, ID 83301
Telephone: (208) 639-9400
Facsimile:    (208) 297-5553

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| | ) | Case No.   20-40074-JMM |
| Mike Tracy | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

MOTION TO CONVERT TO CHAPTER 13

COMES NOW Mike Tracy, by and through John O. Avery, attorney of record, and hereby moves to convert their case from Chapter 7 to Chapter 13, pursuant to 11 U.S.C. 1307(a) .

There is not a pending Motion to Dismiss or Motion to Lift the Automatic Stay pending at this time.   //end of text//

DATED this 27th day of August, 2020..

/s/ John O. Avery,
Attorney for Debtors