John O. Avery, ISB No. 3407
Avery Law
808 Eastland Drive
Twin Falls, ID 83301
Telephone: (208) 639-9400
Facsimile:  (208) 297-5553

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | |
| ) | |
| ) | Case No. 20-40074-JMM |
| Mike Tracy, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

AMENDED MOTION TO CONVERT TO CHAPTER 13

COMES NOW Mike Tracy, by and through John O. Avery, Attorney of record, and hereby moves to convert his case from Chapter 7 to Chapter 13, pursuant to 11 U.S.C. 706(a). There is not a pending Motion to Dismiss or Motion to Lift the Automatic Stay pending at this time. //end of text//

DATED this 9th day of September, 2020.

/s/ _____
Attorney for Debtor

MOTION TO CONVERT TO CHAPTER.13 -    1