Jeffrey P. Kaufman, ISB No. 8022
Office of Kathleen A. McCallister,
    Chapter 13 Trustee
P.O. Box 1150
Meridian ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
jpk@kam13trustee.com

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>MIKE TERRANCE TRACY,<br>                    Debtor. | Case No. 20-40074-JMM<br><br>Chapter 13<br><br>**AMENDED OBJECTION TO PROOF OF CLAIM** |

**TO:**   Nancy Kunau
         66 Vista Lane
         Burley, ID  83318

**NOTICE OF TRUSTEE'S AMENDED OBJECTION TO YOUR PROOF OF CLAIM**

**YOU ARE HEREBY NOTIFIED** that the Trustee of the above estate has filed an objection to your Amended Proof of Claim No. 1, filed on April 29, 2021 in this bankruptcy case.

**YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED.** You should read these papers carefully and discuss them with your attorney if you have one.

**YOU ARE HEREBY NOTIFIED** that if you do not want the Court to eliminate or change your claim and you wish to contest the Trustee's Objection to your Proof of Claim, a written reply to the objection, explaining your position, must be filed in duplicate within thirty (30) days from the date that this objection is mailed. You must (1) file the original reply with the U.S. Bankruptcy Court, 550 West Fort Street, MSC 042, Boise, ID 83724; and (2) mail a copy to the Trustee. If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the end of the (30) day period.

**YOU ARE FURTHER NOTIFIED** that if the objection is a matter which can be corrected by filing an amended claim then you may do so prior to the expiration of the thirty (30) day period.

## AMENDED OBJECTION TO CLAIM

The Trustee objects to the allowance of your claim for the following reason(s):

1. The claim is not entitled to priority under §507(a)(1)(A) or (B) as it is not domestic support obligation as defined by 11 U.S.C. §101(14A).
2. The claim includes $2,930.70 for yet-to-be-approved post-petition Guardian ad Litem charges, $1,496.30 for post-petition interest on the undersecured state court judgment, $1,805.00 for the post-petition attorney fee judgment in the adversary proceeding, $1.74 for post-petition interest on the adversary judgment, and additional $6,595.75 for yet-to-be-approved post-petition attorney fees. Said amounts arose post-petition and therefore were not amounts Debtor owed "as of the date of the filing of the petition" as required by 11 U.S.C. § 502(b).
3. The claim asserts the secured portion bears an annual interest rate higher than the Idaho State Court Judgment pertaining to judgments entered during the July 1, 2019 – June 30, 2020 time frame.

Trustee therefore objects to Ms. Kunau's claim to the extent it:
1) Asserts to be a priority claim pursuant to §507(a)(1)(A) or (B);
2) Includes fees, charges, interest, or other amounts incurred after January 28, 2020 – the Petition date.
3) Demands that the secured portion of the claim bear interest at a rate higher than 7.125% per annum.

For the above-reasons, Ms. Kunau's claim should be limited to a non-priority claim of $17,660.38, of which the secured portion, if any, shall bear an annual interest rate of 7.125%.

DATED: May 26, 2021

OFFICE OF KATHLEEN A. McCALLISTER,
CHAPTER 13 TRUSTEE

By: /s/ *Jeffrey P. Kaufman*
Jeffrey P. Kaufman,
Attorney for Trustee

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 26, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Alexandra O. Caval, for Debtor
alex@cavallawoffice.com

Paul Ross, Attorney for Nancy Kunau
paul@idbankruptcylaw.com

      AND I FUTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via First Class mail, postage prepaid addressed as follows:

Creditor's POC Notice Address
Nancy Kunau
C/O Paul Ross
PO Box 483
Paul, ID  83347

Debtor's Address
Mike Tracy
1467 S. 2175 E.
Malta, ID  83342

Creditor's Address
Nancy Kunau
66 Vista Lane
Burley, ID  83318

*/s/ Jeffrey P. Kaufman*
Jeffrey P. Kaufman
