Jeffrey P. Kaufman, ISB No. 8022
Office of Kathleen A. McCallister,
    Chapter 13 Trustee
P.O. Box 1150
Meridian ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
jpk@kam13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE: | Case No. 20-40074-JMM |
| MIKE TERRANCE TRACY,<br>                     Debtor. | Chapter 13<br><br>**OBJECTION TO PROOF OF CLAIM** |

**TO:**  A. Elizabeth Burr-Jones           A. Elizabeth Burr-Jones
       PO Box 267                               1426 Oakley Ave.
       Burley, ID  83318                       Burley, ID  83318

**NOTICE OF TRUSTEE'S OBJECTION TO YOUR PROOF OF CLAIM**

**YOU ARE HEREBY NOTIFIED** that the Trustee of the above estate has filed an objection to your Proof of Claim No. 2, filed on March 25, 2020 in this bankruptcy case.

**YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED.** You should read these papers carefully and discuss them with your attorney if you have one.

**YOU ARE HEREBY NOTIFIED** that if you do not want the Court to eliminate or change your claim and you wish to contest the Trustee's Objection to your Proof of Claim, a written reply to the objection, explaining your position, must be filed in duplicate within thirty (30) days from the date that this objection is mailed.  You must (1) file the original reply with the U.S. Bankruptcy Court, 550 West Fort Street, MSC 042, Boise, ID 83724; and (2) mail a copy to the Trustee.  If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the end of the (30) day period.

**YOU ARE FURTHER NOTIFIED** that if the objection is a matter which can be corrected by filing an amended claim, then you may do so prior to the expiration of the thirty (30) day period.

# OBJECTION TO CLAIM

The Trustee objects to the allowance of your claim for the following reason(s):

> The claim is not entitled to priority under §507(a)(1)(A) or (B) as it is not domestic support obligation as defined by 11 U.S.C. §101(14A).

DATED: June 8, 2021        OFFICE OF KATHLEEN A. McCALLISTER,
                                              CHAPTER 13 TRUSTEE

By: /s/ *Jeffrey P. Kaufman*
Jeffrey P. Kaufman,
Attorney for Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Alexandra O. Caval, for Debtor
alex@cavallawoffice.com

Paul Ross, Attorney for Nancy Kunau
paul@idbankruptcylaw.com

AND I FUTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via First Class mail, postage prepaid addressed as follows:

Creditor's POC Notice Address
A. Elizabeth Burr-Jones
PO Box 267
Burley, ID  83318

Debtor's Address
Mike Tracy
1467 S. 2175 E.
Malta, ID  83342

Creditor's Address
A. Elizabeth Burr-Jones
1426 Oakley Ave.
Burley, ID  83318

/s/ *Jeffrey P. Kaufman*
Jeffrey P. Kaufman